# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| DONNA FAYE HUGHES, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO: 2:18-cv-00057 |
| RIVERVIEW MEDICAL CENTER, | ) |
| Defendant. | ) |

✓ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED that the jury found as follows:**

- that Plaintiff Donna Faye Hughes did not prove beyond a preponderance of the evidence that Riverview Medical Center violated EMTALA on December 24, 2017.

**IN ACCORDANCE WITH THE VERDICT OF THE JURY RENDERED ON SEPTEMBER 10, 2020, JUDGMENT IS HEREBY ENTERED IN FAVOR OF THE DEFENDANT RIVERVIEW MEDICAL CENTER, LLC.**

LYNDA HILL, CLERK

BY: *Kelly Parise*
     Deputy Clerk